```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ERIK W. NICHOLSON,                  :
                                    :
                    Petitioner,     :      08 Civ. 1932(VM)
                                    :
          - against -               :
                                    :          ORDER
UNITED STATES OF AMERICA,           :
                                    :
                    Respondent.     :
------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/08

**VICTOR MARRERO, United States District Judge.**

The Court having examined the motion to vacate the sentence filed in this action pursuant to 28 U.S.C. § 2255, it is hereby

**ORDERED** that the Government file a response to the petition by no later than May 12, 2008; and it is further

**ORDERED** that petitioner reply to the Government's response by no later than July 14, 2008; and it is finally

**ORDERED** that the Clerk of Court serve copies of this Order and of the motion by certified mail upon the petitioner and the respondent.

**SO ORDERED.**

Dated:    New York, New York
          10 March 2008

                                    _____
                                    Victor Marerro
                                    U.S.D.J.